IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02352-LTB

HERMAN BARNES, JR.,

     Plaintiff,

v.

GENERAL COUNSEL, and
HEALTH SERVICES,

     Defendants.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on October 18, 2012, it is hereby

     ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

     DATED at Denver, Colorado, this 18 day of October, 2012.

               FOR THE COURT,

               JEFFREY P. COLWELL, Clerk

               By: s/L. Gianelli
                  Deputy Clerk